*In re* METCALF'S ESTATE.

CLAIM OF STANLEY N. TURNER.

CLAIM OF BERTHA E. TURNER.

MANDAMUS—DISMISSAL OF APPEAL—DELAYED APPEAL.
  Mandamus to compel circuit court to set aside its order dismissing appeal from probate court is denied where writ of mandamus is simultaneously granted to set aside order denying delayed appeal in same matter.

Appeal from Tuscola; Cramton (Louis C.), J. Submitted October 13, 1936. (Calendar No. 38,937.) Decided December 9, 1936.

In the matter of the estate of John Wesley Metcalf, deceased. Bertha E. Turner and Stanley N. Turner presented their claims against the estate in probate court. From order allowing claims, Maurice Metcalf, executor, appealed to circuit court. Order dismissing the appeal is reviewed by the executor by appeal in the nature of mandamus. Writ denied.

*Theron W. Atwood,* for claimants.

*L. J. Carey, George J. Cooper* and *Crane & Crane* (*Frank A. Rockwith,* of counsel), for executor.

TOY, J.   This is an appeal in the nature of mandamus, in which appellant seeks our writ to compel the circuit court to set aside its order dismissing his appeal from an allowance, by the probate court, of the claims of Bertha E. Turner and Stanley N. Turner against the above estate, of which appellant is executor.

In *Re Metcalf's Estate, ante,* 113, we granted our writ of mandamus to compel the allowance of a delayed appeal arising out of the same matter. Therefore, the remedy here sought becomes unnecessary. The writ is denied, with costs to appellees.

NORTH, C. J., and FEAD, WIEST, BUTZEL and BUSHNELL, JJ., concurred. SHARPE and POTTER, JJ., did not sit.